**Albert Lorenz et al., appellees, v. Esther Leibsohn, appellant. Gen. No. 28,131.**

Judgment by confession on note. Leave to plead given, judgment standing as security. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. F. J. Stransky, Judge, presid-

ing. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 9, 1924.

Maurice Alschuler, for appellant. Heffron & McCracken, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.